UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARY LIDDELL,

       Petitioner,

v.                                    CIVIL CASE NO. 10-12016
                                  HONORABLE PATRICK J. DUGGAN

PEOPLE OF THE STATE OF
MICHIGAN and VALERIE M. STEER,

       Respondents.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.

                                                  s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 22, 2010

Copies mailed to:    Khary Liddell
                           813 Ethan Drive
                           Westland, MI 48185

                           Michigan Attorney General
                           Habeas Corpus Division
                           525 W. Ottawa Street
                           P. O. Box 30212
                           Lansing, MI 48909